August 20, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

TRACEY LYNN FREEZIA, Appellant

NO. 14-14-00174-CV                 V.

IS STORAGE VENTURE, LLC, JLE INVESTORS, INC. D/B/A ASSOCIATED MORTGAGE INVESTORS, POST OAK BANK, N.A., AND JAMES L. EMERSON, Appellees

_____

This cause, an appeal from the summary judgments in favor of appellees JLE Investors, Inc. d/b/a Associated Mortgage Investors and James L. Emerson, signed August 9, 2013, and appellees IS Storage Venture, LLC and Post Oak Bank, signed October 4, 2013, was heard on the transcript of the record.

We have inspected the record and find the trial court erred in granting IS Storage and Post Oak Bank's no-evidence motion for summary judgment. We therefore order that the October 4, 2013 summary judgment in favor of IS Storage and Post Oak Bank is **REVERSED** and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the August 9, 2013 summary judgment in favor of JLE and Emerson and order it **AFFIRMED**.

We order appellant Tracey Lynn Freezia and appellees IS Storage and Post Oak Bank, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.